IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED. ICMC reset for 1/6/14 at 1:15 p.m.**

*[Signature: Aleta A. Trauger]*

| | |
|---|---|
| **DAVID JAY FLY,** | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 3:13-cv-01051<br>) |
| **ANIXTER, INC.,** | ) Hon. Aleta A. Trauger<br>) |
| Defendant. | ) |

**JOINT MOTION TO RESET THE**
**INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiff David J. Fly ("plaintiff") and Defendant Anixter Inc. ("Anixter" or "defendant") respectfully make this joint request that the Court reset the Initial Case Management Conference currently set for Monday, December 2, 2013, at 3:00 p.m. (Docket Entry No. 3) in the above-captioned matter. In support of this Joint Motion, the parties state as follows:

1. This is a joint request of the parties made by agreement after telephone discussions held today, November 20, 2013, between plaintiff's counsel, Michael M. Raulston, and defendant's counsel, Terry J. Smith.

2. Mr. Raulston and Mr. Smith also spoke with the Court's Deputy Clerk today by telephone regarding possible new dates for the resetting of the Initial Case Management Conference in the event the Court should grant this joint motion.

3. The parties would request that the Initial Case Management Conference be reset to either January 6, 2014 or January 27, 2014, dates on which the parties have been advised that the Court has reserved time for the hearing of Initial Case Management Conferences. The first