IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID JAY FLY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:13-cv-01051 |
| ANIXTER INC., | ) Hon. Aleta A. Trauger |
| Defendant. | ) ) ) |

## JOINT STIPULATION OF THE PARTIES
## TO DISMISSAL WITH PREJUDICE

NOW COME plaintiff David Jay Fly ("plaintiff") and Terry J. Smith and Robert R. Duda Jr. of Faegre Baker Daniels LLP and James H. Harris III of Harris, Martin, Jones, P.A., attorneys for defendant Anixter Inc. ("defendant"), and hereby stipulate to the dismissal of the above-captioned action, with prejudice, each party to bear its own attorneys' fees and costs, and to the entry of an order by the Court dismissing the action in its entirety with prejudice and with each party to bear its own attorneys' fees and costs. The parties jointly request that an Order be entered in the form attached hereto.

Dated this **24th** day of November, 2014.

_David Jay Fly_
David Jay Fly
609 Oak Cove Court
Mt. Juliet, Tennessee 37122

Plaintiff Pro Se

_Terry J. Smith_
Terry J. Smith
(Admitted *pro hac vice* 10/2/2013)
Robert R. Duda Jr.
(Admitted *pro hac vice* 10/2/2013)
Faegre Baker Daniels LLP
311 South Wacker Drive, Suite 4400
Chicago, Illinois 60606
Phone: (312) 212-6500
terry.smith@FaegreBD.com
robert.duda@FaegreBD.com

James H. Harris III (BPR #2731)
Harris, Martin, Jones, P.A.
49 Music Square West
Suite 600
Nashville, Tennessee 37203
Phone: (615) 321-5400
j3@lawyer.com

Attorneys for Defendant
Anixter Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Stipulation of the Parties to Dismissal with Prejudice was served via E-mail and First Class Mail upon plaintiff:

Mr. David Jay Fly
609 Oak Cove Court
Mt. Juliet, Tennessee 37122

on this 3rd day of December, 2014.

/s/ Terry J. Smith
Terry J. Smith