IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID JAY FLY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:13-cv-01051 |
| ANIXTER INC., | ) ) Hon. Aleta A. Trauger |
| Defendant. | ) ) ) |

## ORDER

Pursuant to the Joint Stipulation of the Parties to Dismissal with Prejudice (Docket Entry No. 36) and the joint request of the parties contained therein for the Court to enter this Order, this action is hereby **DISMISSED** in its entirety with **Prejudice**, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated this __4th__ day of December, 2014.

_____
Judge Aleta A. Trauger
United States District Court Judge